UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RESTORATION HARDWARE, INC., a Delaware corporation, and RH US, LLC, a Delaware limited liability company,<br><br>                        Plaintiffs,<br><br>vs.<br><br>LIGHTING DESIGN WHOLESALERS, INC. dba Alan Mizrahi Lighting Design, a New York corporation, and ALAN MIZRAHI, an individual,<br><br>                        Defendants. | Case No. 1:17-cv-05553-KBF |

**PLAINTIFFS' NOTICE OF *EX PARTE* MOTION FOR
LEAVE TO SERVE DEFENDANT ALAN MIZRAHI VIA EMAIL**

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law and Declaration in support, and the entire record herein, Plaintiffs Restoration Hardware, Inc. and RH US, LLC (collectively "RH" or "Plaintiffs") hereby move the Court, *ex parte*, and pursuant to N.Y. C.P.L.R. §§ 308(5) and 311(b), for entry of an order permitting Plaintiffs to serve the Summons, Complaint, and all other pleadings and papers in this action upon defendant Mr. Alan Mizrahi by email and message to his Facebook account.

A Proposed Order is attached hereto.

Dated: September 18, 2017

                                Respectfully submitted,

                                LEWIS ROCA ROTHGERBER CHRISTIE LLP

By: *s/ Shane E. Olafson*

    Shane E. Olafson (SO0784)
    solafson@lrrc.com
    201 East Washington Street, Suite 1200
    Phoenix, AZ  85004
    Tel: 602.262.5311

    Michael J. McCue (pro hac vice)
    mmccue@LRRC.com
    3993 Howard Hughes Parkway, Suite 600
    Las Vegas, NV 89169
    Tel: 702.949.8224
    Fax: 702.949.8363

    Aaron D. Johnson (AJ1977)
    adjohnson@LRRC.com
    4300 Bohannon Drive, Suite 230
    Menlo Park, CA  94025
    Tel:  650.391.1380
    Fax: 650.391.1395

    *Attorneys for Plaintiffs Restoration Hardware, Inc. and RH US, LLC*