UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RESTORATION HARDWARE, INC., a Delaware corporation, and RH US, LLC, a Delaware limited liability company,<br><br>  Plaintiffs,<br><br>vs.<br><br>LIGHTING DESIGN WHOLESALERS, INC. dba Alan Mizrahi Lighting Design, a New York corporation, and ALAN MIZRAHI, an individual,<br><br>  Defendants. | Case No. 1:17-cv-05553-KBF |

**[PROPOSED] ORDER GRANTING PLAINTIFFS'** *EX PARTE* **MOTION FOR LEAVE TO SERVE DEFENDANT ALAN MIZRAHI VIA EMAIL**

Upon consideration of Plaintiffs' *ex parte* Motion for Leave to Serve Defendant Alan Mizrahi via Email and Facebook, the accompanying Memorandum of Law and Declaration in support, and the record herein,

IT IS HEREBY ORDERED that, sufficient cause having been shown, Plaintiffs' Motion is GRANTED. Pursuant to N.Y. C.P.L.R. §§ 308(5) and 311(b) and Federal Rule of Civil Procedure 4(f)(3), Plaintiffs may serve the Summons, Complaint, and all other pleadings and papers in this action upon defendant Mr. Alan Mizrahi by sending the Summons and Amended Complaint, and a copy of this Order, via electronic mail to the following addresses:

alan@alanmizrahi.com

alonmizrahi@aol.com

alonm68@yahoo.com

1

And by sending an electronic message to Alan Mizrahi's Facebook account at https://www.facebook.com/alon.mizrahi1.

IT IS FURTHER ORDERED that, no later than 21 days after service pursuant to this Order is effected, Defendant's answering papers, if any, shall be filed with the Clerk of this Court and served upon counsel for Plaintiffs by email to solafson@lrrc.com.

SO ORDERED this _____ day of _____, 2017.

                                                 Honorable Katherine B. Forrest
                                                 United States District Court Judge