# EXHIBIT J





Alon Mizrahi | Thomas | Home 20+

# Alon Mizrahi

Follow | Message | ...

Timeline | About | Friends | Photos | More ▾

**DO YOU KNOW ALON?**

Follow Alon to get his public posts in your News Feed.

## Intro

- Works at Alan mizrahi lighting
- Worked at Newark, New Jersey
- Studied at Baruch College
- Went to Tel Aviv University %7C אוניברסיטת תל-אביב
- Lives in New York, New York
- From Tel Aviv, Israel
- Followed by 22 people

alanmizrahi.com

## Photos

## Friends

**Alon Mizrahi** shared sdna.gr's video.
August 30 at 6:13am ·

9,066,639 Views

sdna.gr added a new video.
June 13 ·

Like Page

Many pounds of ball...

See original · Rate this translation

Like Share

**Alon Mizrahi** updated his cover photo.
July 14 ·

Chat (14)

English (US) · Español · Português (Brasil) · Français (France) · Deutsch

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More ▾
Facebook © 2017

Share

👍 11

**Alon Mizrahi** updated his profile picture.
July 14 · 🌐

Share

👍 17

● Chat (14)