```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
    RESTORATION HARDWARE,                                   :
                                                            :
                                    Plaintiff,              :      17 Civ. 5553 (LGS)
                                                            :
                       -against-                            :      ORDER
                                                            :
    LIGHTING DESIGN WHOLESALERS, INC.,                      :
    ET AL.,                                                 :
                                    Defendants.             :
                                                            :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/2/2020

LORNA G. SCHOFIELD, District Judge:

WHEREAS, this case has just been reassigned to this Court;

WHEREAS, Defendants Lighting Design Wholesalers, Inc. and Alan Mizrahi filed a pending Motion to Vacate the April 18, 2018, Default Judgment, on July 18, 2018. Plaintiff opposed the motion on October 31, 2018. Defendants filed a reply on November 16, 2018. Plaintiff has requested leave to file a sur-reply. It is hereby

**ORDERED** that Plaintiff and Defendants Lighting Design Wholesalers, Inc. and Alan Mizrahi shall appear at a conference on **March 12, 2020**, at **10:30 a.m.**, to discuss the pending motions. The conference will take place in **Courtroom 1106**, at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY 10007.

Although Defendants' counsel is still listed on the docket, Plaintiff is respectfully directed to serve a copy of this Order on Defendants' counsel, to help ensure counsel's attendance at the conference.

Dated: March 2, 2020
New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE