```
UNITED STATES DISTRICT COURT                    USDC SDNY
SOUTHERN DISTRICT OF NEW YORK                   DOCUMENT
------------------------------------------------------------X  ELECTRONICALLY FILED
                                              :  DOC #:_____
RESTORATION HARDWARE, INC., ET AL,            :  DATE FILED: 3/14/2020
                                              :
                              Plaintiffs,     :        17 Civ. 5553 (LGS)
                                              :
              -against-                       :              ORDER
                                              :
LIGHTING DESIGN WHOLESALERS, INC.,            :
ET AL.,                                       :
                              Defendants.     :
                                              :
------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, a conference was held March 12, 2020. It is hereby

**ORDERED** that, as discussed at the March 12, 2020, conference, Defendants Lighting Design Wholesalers, Inc's and Alan Mizrahi's motion to vacate (Dkt. No. 127) and Plaintiff's letter request for leave to file a sur-reply with respect to the motion (Dkt. Nos. 165, 166) are DENIED, without prejudice to renewal after a settlement conference before Judge Gorenstein to attempt to resolve these issues. A settlement referral will follow separately. It is further

**ORDERED** that, until further Order, enforcement of the Amended Default Judgment (Dkt. No. 117) as to Defendants Lighting Design Wholesalers, Inc. and Alan Mizrahi only is stayed.

The Clerk of Court is respectfully directed to close Dkt. Nos. 127, 165 and 166.

Dated: March 14, 2020
       New York, New York

_____
LORNA G. SCHOFIELD
**UNITED STATES DISTRICT JUDGE**