# LAW OFFICE OF ROBERT L. GREENER P.C.
## 112 Madison Avenue, 6th Floor
### New York, New York 10016
### (646)415-8920 Phone
### (212)689-9680 Fax
### rlg@greenerlegal.com
### www.greenerlegal.com

Hon. Lorna G. Schofield  December 15, 2020
United States District Judge
Southern District of New York
40 Foley square
New York, NY 10007

      Re: <u>Restoration Hardware Inc. et el. v. Lighting Design Wholesale Inc. et el. 17 cv 5553</u>

Dear Judge Schofield:

      I represent the defendants Lighting Design Wholesale Inc. (LDWI) and Alan Mizrahi (Mizrahi) in the above caption action for the purposes of seeking to vacate the default judgement entered by this Court on May 2, 2018. As you honor is aware, your Order of December 4, 2020 (DCKT #192) affirming the decision of the Magistrate Judge, directed that Defendant could file a new application to set aside the judgement based on different grounds. Your honor gave Defendants until December 15th to file such an order.

      The reason I am writing this letter to the Court is <u>to request a brief extension of time for seven days under F.R.C.P. 6(b). I am seeking the short extension because I had developed the flu and have been ill for the last week.</u> At first, I thought it could be Covid-19, but fortunately it was not. None the less I have been out of my office due to an abundance of caution and just returned today. However, I was not able to confer with my client to discuss a new application or to prepare any new filings as requested until now. In addition, I am a solo practitioner and there was nobody in my office to do the work on this file.

      This is the first time that I have requested an extension, and the matter has not previously been extended or delayed. The short extension would not prejudice any party or the Court and given the unavoidable circumstance it would be fair to Defendants. I had reached out to opposing counsel today to see if they would agree to the extension, but have not heard back from them at the time of filing this letter.

      If your Honor has any questions, please contact me.

Very Truly Yours,

/Robert L. Greener/

Robert L. Greener

---

**The application is untimely but is nevertheless GRANTED.  By December 22, 2020,** Defendant Mizrahi shall file any renewed motion to vacate the default.  The Clerk of Court is respectfully directed to close the motion at Docket No. 194.

Dated: December 16, 2020
      New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE